August 23, 2012

Hon. Robert N. Scola, Jr.
<u>Via Steven Haguel, Attorney for Dft. Madeline Lucas</u>
U.S. District Judge
Wilkie Ferguson, Jr. U.S. Courthouse
400 North Miami Ave, Room 11-4
Miami, Fl 33128

Dear Judge Scola, Jr.,

My name is Rahe Lucas. I am Madeline Lucas' ex-husband and we have one daughter; Allison. I know that Madeline will face the most difficult day of her life on her sentencing day. The main reason why I am writing is not to ask you not to give punishment, even though I know how deeply sorry Madeline is for what happened at her job. I have seen firsthand how distraught Madeline is over this legal problem and how much remorse she feels. She is very aware of how your decision will affect our daughter's life. I'm just asking you not to punish our daughter Allison who is dependent and attached to her mom. It will devastate Allison if her mom had to go away for any amount of time, and not be home to take care. Madeline raised Allison and has always been the parent to take care of her day and night for everything; even through tough times. Madeline has always taken care of Allison's welfare, health, education, daily school work, etc. She is a great and devoted parent, and we would like to lessen the impact on Allison's childhood.

Your Honor, what I am asking is that you please consider granting Madeline probation, house arrest, community services or other conditions. I am aware that Madeline has helped the government with this case for almost two years, and maybe she can assist in the future.

Madeline is a hard-working single mom. She had no prior criminal history and no prior arrests. In her work as a therapist, she has helped and touched the lives of many people in the last 15 years. Right now, she has been working at all types of jobs, cashier, waiting tables, etc. just to support her own home with Allison. Madeline likes to help others. She volunteers in a homeless shelter serving food, cleaning, and will help with tutoring and counseling because she is a caring and compassionate person. The community benefits from her services.

Finally, Your Honor, I pray and hope that you will find it in your heart to consider giving Madeline probation, and community services or home arrest, for our young daughter's sake.

Respectfully yours,

*Rahe Lucas*
1435 N.E. 14th Ave
North Miami, Fl 33161