UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20587-Cr-Scola(s)

UNITED STATES OF AMERICA

vs.

MADELINE LUCAS,
                Defendant.
_____/

## GOVERNMENT'S MOTION FOR
## DOWNWARD DEPARTURE UNDER U.S.S.G. §5K1.1

The United States submits the foregoing motion for downward departure under §5K1.1 of the Sentencing Guidelines. This motion is based upon the substantial assistance provided by the defendant in the recent trial of her co-defendants in this matter. At the defendant's upcoming sentencing, the government will elaborate upon the basis for the departure and set forth the recommended amount of the departure.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Michael S. Davis
MICHAEL S. DAVIS
ASSISTANT U.S. ATTORNEY
FL BAR # 972274
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9027; (305) 530-6168 (FAX)
e-mail: Michael.Davis2@usdoj.gov

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that I electronically filed a copy of this document with the Clerk using CM/ECF.

              /s/ Michael S. Davis
              MICHAEL S. DAVIS
              ASSISTANT UNITED STATES ATTORNEY