UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20587-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MADELINE LUCAS,

    Defendant.
_____/

## ORDER DENYING REQUEST FOR REDUCTION IN SENTENCE

THIS MATTER is before the Court on Madeline Lucas's *pro se* letter dated April 4, 2013, which requests a reduction in sentence for her substantial assistance to the prosecution in the Biscayne Milieu healthcare fraud case. A reduction in sentence would be unwarranted. The sentence imposed already takes into account the things mentioned in the letter. Accordingly, Lucas's request is **DENIED**.

**DONE and ORDERED** in chambers at Miami, Florida on April 11, 2013.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE